NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-10143 |
| Plaintiff-Appellee, | D.C. No. 3:19-cr-00016-EMC-1 |
| v. | |
| THOMAS RAMM, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Edward M. Chen, District Judge, Presiding

Submitted September 14, 2021[**]

Before:     PAEZ, NGUYEN, and OWENS, Circuit Judges.

Thomas Ramm appeals from the district court's order denying his motion for

compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

Ramm challenges the district court's conclusion that he did not demonstrate

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

extraordinary and compelling reasons warranting his release. The district court did not abuse its discretion. *See United States v. Aruda*, 993 F.3d 797, 799 (9th Cir. 2021). The district court's decision to deny compassionate release based on the availability of a COVID-19 vaccine and Ramm's decision to forgo a continuance of his self-surrender date was not illogical, implausible, or without support in the record. *See United States v. Robertson*, 895 F.3d 1206, 1213 (9th Cir. 2018).

We do not reach the parties' arguments regarding whether compassionate release is warranted under the 18 U.S.C. § 3553(a) factors because the district court, having found that there were no extraordinary and compelling reasons for release, did not address the § 3553(a) factors. *See United States v. Keller*, 2 F.4th 1278, 1284 (9th Cir. 2021) (a district court may deny a compassionate release motion on the sole ground that the defendant did not show an "extraordinary and compelling" reason for release).

**AFFIRMED.**